IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16MJ3027 |
| vs. | **ORDER** |
| BRANDON L. HENNERBERG, | |
| Defendant. | |

Defendant has moved to continue his preliminary hearing. (Filing No. 10). As explained by counsel, the parties need additional time to engage in Rule 20 discussions. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 10), is granted.

2) The defendant's preliminary hearing will be held before the undersigned magistrate judge on March 31, 2016 at 3:00 p.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's preliminary hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and March 31, 2016 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

March 21, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge