UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

THE UNITED STATES OF AMERICA,          CASE NO. 4:16MJ3027

               Plaintiff,

v.

BRANDON L. HENNERBERG,

Defendant.

___

**ORDER ADJOURNING ARRAIGNMENT ON INDICTMENT AND RULE 5 HEARING AND ORDER OF DETENTION**

This matter coming before the court on the stipulation of the parties, it is hereby

**ORDERED** that good cause exists to adjourn the arraignment on the indictment in this case and the Rule 5 hearing, scheduled for April 14, 2016, to June 20, 2016. *See* Fed. R. Crim. P. 5.1(d).

**ORDERED** that the period from April 14, 2016 to June 20, 2016, shall be excludable time because the parties are engaged in plea negotiations and because the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(1) & (h)(7).

**ORDERED** that the Defendant, who consented to detention, will remain detained.

                                                   **IT IS SO ORDERED.**

Entered: April 14, 2016.

                                                   _____
                                                   CHERYL R. ZWART
                                                   United States Magistrate Judge